

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 27, 2022

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Belardino
          22   Cr. 233

Dear Judge McCarthy:

    The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

                                    Respectfully submitted,

                                    DAMIAN WILLILAMS
                                  United States Attorney

                                  /s
             By:  _____
                     James McMahon
                     Assistant United States Attorney
                     (914) 993-1936

SO ORDERED:

*[signature]*                        4-27-2022
HON. JUDITH C. McCARTHY
United States Magistrate Judge