**LAW OFFICE OF KERRY LAWRENCE, PLLC**
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

June 29, 2022

*Via ECF and Email*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re: *USA v. Adam Belardino*
        22-Cr-233 (KMK)

Dear Judge Karas:

    I am writing with the consent of the Government and Pretrial Services to ask that Mr. Belardino have his travel conditions for pretrial release be modified to include permission to go to Greene County, New York to visit his mother who resides there.

    Mr. Belardino has been fully compliant with each and every condition of his pretrial release since being released on bail.

    Thank you for the Court's consideration of this request.

Granted.

So Ordered.

*/s/ KMK*
6/29/22

Very truly yours,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL:dc

cc: AUSA James McMahon (via ECF and email)