# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

July 19, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re: *USA v. Adam Belardino*
          22-Cr-233 (KMK)

Dear Judge Karas:

    I am writing with the consent of the government to ask for permission for Mr. Belardino to travel to Texas from Friday, July 22, 2022 through Sunday, July 24, 2022 to attend a wedding that was scheduled many months ago before his arrest.

    Mr. Belardino has been fully compliant with each and every condition of his pretrial release since being released on bail.

    Thank you for the Court's consideration of this request.

Very truly yours,

Kerry A. Lawrence

cc: AUSA James McMahon (via ECF)

Granted.
So Ordered.
7/19/22