## LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

# MEMO ENDORSED

July 29, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re: *USA v. Adam Belardino*
> 22-Cr-233 (KMK)

Dear Judge Karas:

I am writing to ask permission for Mr. Belardino to travel with his girlfriend to Florida from Friday August 5, 2022 through Tuesday, August 9, 2022 to visit her sick father. They will also be attending her aunt's funeral and spreading her aunt's ashes at sea. The government and pretrial services have no objection.

As an aside, I wanted to advise the Court that despite having permission to do so Mr. Belardino did not travel to Texas last week.

Mr. Belardino has been fully compliant with each and every condition of his pretrial release since being released on bail.

Thank you for the Court's consideration of this request.

Granted.

So Ordered.

8/1/22

Very truly yours,

Kerry A. Lawrence

cc: AUSA James McMahon (via ECF)