LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

**MEMO ENDORSED**

Admitted in NY & CT

August 25, 2022

*Via ECF and Email*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: *USA v. Adam Belardino*
       22-Cr-233 (KMK)

Dear Judge Karas:

    I am writing with the consent of the Government to ask for permission for Mr. Belardino to travel to Denver, Colorado from September 2 through September 7 with his girlfriend and her father. Her father is a cancer survivor who has been quite ill and Mr. Belardino and his girlfriend want to take her father on a trip while he still is able to do so.

    Mr. Belardino has been compliant with his bail conditions and when permitted to travel previously he has abided by all conditions set by the court.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Kerry A. Lawrence*

Kerry A. Lawrence

cc: AUSA James McMahon (via ECF and email)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
8/26/2022