# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

March 8, 2023

VIA ECF
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Adam Belardino*
22-Cr-233 (KMK)

Dear Judge Karas:

I am writing, with the consent of the Government and Pretrial Services, to ask that Mr. Belardino be permitted to leave New York and live in the State of Florida with his girlfriend from now until his surrender date in April.

Mr. Belardino will be evicted from his apartment in New York in the next two weeks and has nowhere to live here New York. His girlfriend, Jennifer Eckhart, has found a residence in Florida and she will be moving there and would welcome Mr. Belardino to stay with her until his surrender date.

For the reasons set forth above, it is requested that the Court modify Mr. Belardino's bail to permit him to reside in Florida while out on bail pending his surrender to the Bureau of Prisons.

Thank you for the Court's consideration of this request.

Granted.
So Ordered.
/s/ *signature*
3/8/23

Respectfully submitted,

*Kerry A. Lawrence* (signature)

Kerry A. Lawrence

cc: AUSA James McMahon (via ECF and email)