# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

March 20, 2023

VIA ECF
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re: *USA v. Adam Belardino*
       22-Cr-233 (KMK)

Dear Judge Karas:

    I am writing, with the consent of the Government, to ask that Mr. Belardino's surrender date be delayed from April 21, 2023 to May 22, 2023.

    Mr. Belardino is asking for this additional time before his surrender to permit him to address the following concerns.

1)    His 94 year old grandfather has been hospitalized and is struggling. His condition over the next several weeks is very uncertain.

2)    His mother is scheduled for cancer surgery at the end of April.

3)    His children are very much struggling with his departure and a little extra time to get them mentally and emotionally situated would be very helpful.

40   His fiance's deposition with Fox News is scheduled for April 24 and she would benefit from having his emotional support.

5)    Due to his eviction, his fiance is moving to Florida and the additional time before he serves his sentence would be used to help her get settled.

    This is the first and will be the only request to extend Mr. Belardino's surrender date.

For the reasons set forth above, it is requested that the Court extend his surrender date from April 21, 2023 to May 22, 2023.

Thank you for the Court's consideration of this request.

Granted.

So Ordered.

*[signature]*

3/20/23

Respectfully submitted,

*[signature]*

Kerry A. Lawrence

cc: AUSA James McMahon (via ECF and email)