# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

June 30, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *United States v. Adam Belardino*, 22 Cr. 233 (KMK)

Dear Judge Karas:

I am writing to ask the Court to endorse this letter to require the Government to credit Mr. Belardino with restitution payments that were made before his sentencing.

For many months now, the Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office have refused to credit Mr. Belardino with restitution payments that were made prior to his sentencing in this case.

Prior to sentencing, with the agreement of the Government, Mr. Belardino gave me funds to be used for restitution. I then wrote checks payable to most of the identified victims and gave them to AUSA Jame McMahon. Mr. McMahon then sent those checks to the named victims and thereafter those checks were negotiated, as confirmed by the attached canceled checks from my bank account.

Since Mr. Belardino completed serving his sentence and has been on supervised release neither the Probation Department, the Clerk's Office nor the Financial Litigation Unit have acknowledged payment of these restitution amounts saying that the direct payment to them was not the normal procedure and that they were required to confirm with the victims that they were paid. The failure to credit Mr. Belardino with these payments which clearly were made has impacted his ability to get permission from his supervising probation officer to visit his children as well as other aspects of his post release supervision.

When I spoke last week to an individual from the Clerk's office, and an Assistant United States Attorney in the Civil Division, I was advised that the only alternative to waiting for confirmation from the victims to credit Mr. Belardino with his restitution payments is to ask Your Honor to order that these restitution obligations be deemed satisfied.

As a result of the foregoing, and there not being any good faith dispute that these payments were made, I'm asking that Your Honor to "so order" this letter directing that Mr. Belardino be credited with the restitution payments reflected in the attached checks. Absent this relief, there is no reason to expect that the victims will have a strong reason to write back to the Government confirming payments that were received.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry Lawrence, Esq.
Law Office of Kerry Lawrence, PLLC
140 Grand Street, Suite 705
White Plains, NY 10601

cc: AUSA James McMahon (via ecf and email)

The Government has agreed that Mr. Belardino should receive credit for the restitution payments he has made thus far, as noted in this letter and the attachments thereto. (See Doc. # 58.) However, the Government also notes that Mr. Belardino still owes $48,638.06 in restitution. (Id.) If that is inaccurate, Mr. Belardino is free to respond to the Government's claim.

So Ordered.

*[signature]*

7/2/25